RECEIVED

DEC 1 1 2012

Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

*SCANNED at LSP and Emailed*
*date 12/11/12 by QM . 22 No. initials pages*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Donald Pea
_____
Plaintiff

45717l
_____
Inmate Number

Geoffery Crasby, Sgt

VERSUS

N. Burl Cain, warden

Joe Lamartiniere, Assits warden

Darry Vanoy, Assits, warden

Troy Poret, Assits, warden

Lieutenant, Greg Templeton
Sgt, Frye
Maj, whittaker
Capt. FEASEl

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by
Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly
the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to
proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account. If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.      Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____ N/A _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____ N/A _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )          No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.   Place of present confinement: _Louisiana State Penitentiary, Angola_

A. Is there a prisoner grievance procedure in this institution?
   Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _L S P - 2011 - 2810_____

_____

2. What steps did you take? _File  A.R.P_____

_____

3. What was the result? _I was denied First Step and Second Step_____

D. If your answer is No, explain why not: _____

_____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _N. Burl Cain, Warden, Joe Lamartiniere, Assits. Warden_
   Address _Louisiana State Penitentiary, Angola_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Darry Vanoy, Assits. warden, Troy Poret, Assits warden_ is employed as
_Louisiana state Penitententiary_ at _Angola_

C. Additional Defendants: _Geoffery Crasby, Sgt   Lieutenant, Greg Templeton_
_Sgt. Frye  MaJ. Whittaker, Capt. Feisel_

IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See attach Page_

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes. Attach no exhibits. *See attach Page*

_____

_____

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____ day of _____, 20_____.

_____

*Donald Pea*
Signature of plaintiff(s)

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DONALD PEA #457171                    CIVIL ACTION NO.

VERSUS                               CIVIL COMPLAINT WITH A JURY DEMAND

N. BURL CAIN, Warden
DARRYL VANNOY, Deputy Warden
JOEY LAMARTINIERE, Asst. Warden
TROY PORET, Asst. Warden
WHITTAKER, Major
FEASEI, Captain
GREG TEMPLETON, Leutenant
GEOFFERY CRASBY, Sergent
FRYE, Sergent

        This is a 1983 Civil Action filed by Donald Pea #45717, a state prisoner at the
Louisiana State Penitentiary at Angola, Louisiana; seeking compensatory, punitive
damages, injunctive relief, and alleging defendants as named herein failed to protect
plaintiff from excessive force by untrain, unsupervised officials violating the
plaintiff's constitutional right eighth (8th) amendment.

### JURISDICTION

        This court has jurisdiction over plaintiff's civil rights claim pursuant to 42
U.S.C § 1331 (1), and 1343. The court has supplemental jurisdiction over the
plaintiff's state law claims pursuant to 28 U.S.C § 1367.

### PARTIES

1. Donald Pea #457171 (Plaintiff), is a offender incarcerated at the Louisiana State
Penitentiary in Angola, during the events described in this complaint.

2. N. Burl Cain (Warden), is the institutional head warden at Louisiana State
Penitentiary. He is responsible for the operation and management of the institution.
He is being sued in his individual and official capacity.

1

3.   Darryl Vannoy (Deputy Warden), is the deputy warden over all security.  He is being sued in his individual and official capacity.

4.   Joey Lamartiniere (Asst. Warden), is the assistant warden over all out-camps.  He is responsible for the operation and management of all security and welfare of offenders assigned to the out-camps.  He is being sued in his individual and official capacity.

5.   Troy Poret (Asst. Warden), is the assistant warden over Camp-D.  He is responsible for the operation and management over security assigned to Camp-D.  He is being sued in his individual and official capacity.

6.   Whittaker (Major), is the major of Camp-D at the time of the mentioned incident.  He is being sued in his individual and official capacity.

7.   Feisel (Captain), is the captain of Camp-D at the time of the mentioned incident.  He is being sued in his individual and official capacity.

8.   Greg Templeton (Leutenant), is the Leutenant of Camp-D at the time of the mentioned incident.  He is being sued in his individual and official capacity.

9.   Geoffery Crosby (Sergent), is the Sergent of Camp-D at the time of the mentioned incident.  He is being sued in his individual and official capacity.

10.  Frye (Sergent), is the Sergent of Camp-D at the time of the mentioned incident.  He is being sued in his individual and official capacity.

The above named defendants have acted under color of state and federal law in the deprivation of clearly established constitutional rights.

## FACTS

12)   On or about September 11th, at approximately 11:47 a.m. 2011, Defendants Templeton, Frye, Crasby, committed excessive use of force / corporal punishment upon Plaintiff Donald Pea, by unlawfully spraying him with chemical went, in retaliation for an alleged previous rule violation over 20 seconds.

2

13)   Defendants Templeton and Frye sprayed chemical agents directly into plaintiff's eyes, face, mouth, and body of plaintiff Donald Pea while he, plaintiff was in full restraints' offering no resistance posing no threat to himself, or another, or destroying valuable state property etc. . . Constituting cruel and unusual punishment/ corporal punishment in violation of plaintiff's eight (8th) amendment rights. See *Foulk v. Charrier*, 262 F.3d 687, 701-02 (8th Cir. 2001).

14)   The 8th circuit court held that the enticing a compliant inmate locked in his prison infirmary cell to place his face to the screen of his cell door and maliciously, sadistically sprayed the plaintiff directly in the eyes, face, mouth and nose constitutes cruel and unusual punishment/ corporal punishment. See *Foulk* supra.

15)   Defendants Templet or and Frye intentional acts of spraying plaintiff (that have ᴀꜱᴛʜᴍᴀ and take breathing medication.) Directly in the eyes, face, mouth nose and body not only caused severe pain and suffering. But caused further damage to plaintiff's visual acuity and eye corneal producing cloudy/ blurred vision . . . Thus plaintiff was forced to shower in "HOT WATER" which caused the chemical agents painful burning to worsen.

16)

## EXHAUSTION OF ADM., REMEDY

17)   The plaintiff has exhausted his ADM., Remedies[1] at all levels. Said Remedies was denied.

16)   Plaintiff experienced continuous burning of the skin and, occasionally the eyes and having Asthma-Attacks and chest pains, for several days after the unlawful use of chemical agents. Against him (plaintiff) a compliant inmate, who sought! further medical treatment for the Asthma- Attacks and chest pains. See attached inmates Medical Request Form.

17)   During the unlawful acts of use of excessive fore /corporal punishment by Defendants Templeton and Frye, being inflicted upon plaintiff Donald Pea. While fully restrained. Defendant Geoffery Crasby, watched these unlawful acts take place

---

[1]See attached as exhibit -A, A.R.P. Response # LSP-2011-2810

3

without intervening.

18)    Defendants Geoffery Carsby, who watched his supervisors commit excessive use of force /corporal punishment being inflicted upon plaintiff Donald Pea . . . "Pasessed the duty to intervene" and, stop the use of excessive force /corporal punishment from continuing . . ." see **Durham v. Nu'man**, 97 F.3d 862, 867 (6th Cir. 1996); **Delraine v. Wiliford**, 23 F.2d 1024, 1038 (7th Cir. 1994).

19)    Defendants Carsby possessed a duty to protect plaintiff from the malicious and, sadistic use of excessive force /corporal punishment in which were inflicted on plaintiff on September 11th, 2011, but however, intentionally failed to fulfill such obligations by allowing defendants listed in paragraph 10-14 use (unlawfully excessive force /corporal punishment upon plaintiff's (8th) amendment rights against cruel and unusual punishment. **Blyden v. Mancus**, 186 F.3d 252, 264 (2nd Cir. 1999):

> "Just as prison officials may be liable for their deliberate indifference to protecting inmates from violence at the hands of fellow inmates, they may also be liable for there deliberate indifference to protecting inmates from violence by subordinates. Citing **Burgess v. Moore**, 39 F.3d at 218; **Vaushan v. Ricketts**, 859 F.2d 736, 741 (9th Cir. 1988)."

20)    As a direct results of the unlawful conduct of defendants listed in paragraphs 10-14, and failures of defendant listed in paragraphs 17-18, plaintiff received severe /painful burning itching of the eyes and skin, enhanced damages to visual acuity /corneal of the eyes. Plaintiff was treated with zinc oxide ointruent for severe burning and itching of the skin.

21)    Defendants N. Burl Cain, Troy Poret, and Maj. Whittaker were placed on notice of the unlawful (atrocious) acts of excessive use of force /corporal punishment being inflicted upon plaintiff by defendants listed in paragraphs 10-14, via letter of resolution and administrative Remedy request outlining the intentional abuse of chemical agents against plaintiff. While fully restrained in his assigned cell . . . But failed to take corrective action to remedy it . . . Constitutes proof /knowledge and, failure to act is sufficient to establish defendants N. Burl Cain, Troy Poret, Maj. Whittaker personal.

## CLAIMS
### First Cause Of Action

18)   The action of the defendants listed in paragraph 12-13, violated plaintiff's constitutional Eight (8th) Amend. Rights.

19)   Plaintiff's established constitutional rights were violated when: A) Defendant Greg templetion used saber red (chemical agents) against plaintiff while fully restraints, posing no present physical threat, to myself, other persons, ect. . .

B)   Defendant Greg Templeton, after being informed of plaintiff's breathing complication, maliciously and sadistically spary plaintiff's with said chemical agents, causing the plaintiff to be placed on prison medical for treatment of his condition.

## RELIEF REQUESTED

WHEREFORE, the plaintiff herein pray this grant him the following relief:

1)   $ 100.000   Jointly and several against defendants
2)   $  20.000   Against each defendants
3)   ~~[redacted]~~

Respectfully Submitted:

s/ Donald Pea

Donald Pea, # 457171
General Delivery
La. State Prison
Angola, La. 70712

5

# STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that _Donald Pea_, inmate number _457171_,

the Plaintiff herein has the following sums of money on account to his credit at _LOUISIANA STATE PENITENTIARY_,

_Angola, Louisiana 70712,_ the institution where he is confined:

Prison Drawing Account: $ _-0-_ -

Prison Savings Account: $ _-0-_

A. Cash $ _____

B. Bonds $ _____

**I further certify that the average monthly deposits for the preceding six months is $_-0-_.**

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six)

**I further certify that the average monthly balance for the preceding six months is $_-0-_.**

(The average monthly balanced is to be determined by adding each days balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance of the six months are to be added together and the total is to be divided by six).

_____          _Saundria Rosso_
**Date Certified**                        **Signature of Authorized Officer of Institution**

DATE

NOV 2 9 2012

CERTIFIED

**Form HC-01-A**
**14 September 2009**

040702

**Health Care Request Form**          Institution_____

_____  _____  _____  _____  _____
Name             DOC #    Age    Housing     Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Cx Pain

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ Total #: _____

Screener's Signature: _____

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $_____   Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____  _____  _____  _____
Offender Signature       DOC #    Date     Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
017283
**14 September 2009**       **Health Care Request Form**       Institution _L S P_

_Donald Ray ... 5/23/...       G...2 C8_

Name _____ DOC # _____ Age _____ Housing _____ Job Assignment _____

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _I have_
_bumps coming all over my body._

**Healthcare Personnel Screening:** Date: _5/23/__ Time: _8:05_ Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_Hc   Cur   ... 50u_

_____

_____ **Total #:** _____

**Screener's Signature:**

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ____   Total: $ ____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____ _____ _____ _____
Offender Signature       DOC #       Date       Witness Signature

Original - Offender's Medical Record       Yellow - Business Office       Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        **Institution**_____

_Donald Pea_          _1571-71_      _27_      _Work 1 R_       _____
Name                      DOC #           Age          Housing             Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

**Healthcare Personnel Screening:** Date: _5/7/11_   Time: _1412_   Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____  **Total #:** _____

Screener's Signature: _Le #535_

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____      _15/17_      _5 31-11_      _____
Offender Signature                   DOC #              Date                   Witness Signature

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**     **Institution** _____

024791

_____     _____     _____     _____     _____
Name                    DOC #        Age        Housing              Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** _____

Screener's Signature: _____

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____     _____     _____     _____
Offender Signature                          DOC #         Date          Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
017226
**14 September 2009**          **Health Care Request Form**     Institution _L S P_

_Donald Pea_  _45717_ , _29_  _Gator 1-210_        _W_

Name              DOC #          Age          Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _I have_
_bumps coming all over my body I don't know if it_
_is a allergic reaction. and my sinuses have got real bad_

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ **Total #:** _____
Screener's Signature:

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Donald Pea_       _45717_

fender Signature              DOC #          Date          Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**          016887          **Health Care Request Form**          Institution L S T

| Donald Pea | 15771 | 30 | GATOR 2-R-6 | L/d |
|------------|-------|-----|-------------|-----|
| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

I'M haveing Chest and back Pain

**Healthcare Personnel Screening:** Date: 6/20/12  Time: 0708  Location Seen: Gator

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** 0

Screener's Signature: Lt. Nott #68

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Donald Pea | 15771 | 6/20/12 | Lt. Nott #68 |
|------------|-------|---------|--------------|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**        017220        **Health Care Request Form**        Institution _L S P_

Donald Pea        15217/        29        Gator 4-6-10
Name _____   DOC # _____   Age ____   Housing _____   Job Assignment _____

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I have bump all over my body but I think it can be an allergic reaction and my sinuses have got real bad

**Healthcare Personnel Screening:** Date: 5/14/12   Time: 0745   Location Seen: Gator

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____   **Total #:** 0

Screener's Signature: A. M(bf) #68

☐ No Fees  ☑ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Donald Pea        15217/        5/14/12        A. M(bf) #68
Offender Signature _____   DOC # _____   Date _____   Witness Signature _____

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        Institution _ZSP_

_Donald Pea_      45717    28    _J Gator 4L_    _LW_
Name              DOC #    Age   Housing         Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

_Self declared emergency_

_Asthma  CP_                                                          _1500_

**Healthcare Personnel Screening:** Date: _2/12/12_ Time: _1520_ Location Seen: _6:06_

(Circle One):  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ **Total #:** _0_
Screener's Signature: _A. NH #68_

☐ No Fees  ☐ $3 Access Fee  ☒ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____   Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____      _____     _2/12/12_   _Lt. LL CH #68_
Offender Signature           DOC #       Date       Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**          021084          **Health Care Request Form**          **Institution** _____ RSP

_____          _____          _____          _____          _____
Name                          DOC #          Age          Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

**Healthcare Personnel Screening:** Date: _1/25/2_ Time: _1202_ Location Seen: _Gate_

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** _0_

**Screener's Signature:** _____

☐ No Fees ☐ $3 Access Fee ☑ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_____          _____          _1/29/2_          _____
Offender Signature          DOC #          Date          Witness Signature

Original - Offender's Medical Record          Yellow - Business Office          Pink - Offender's Copy

CASE NUMBER:  LSP-2011-2810

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  PEA, DONALD 457171                          J GTR 4/R
                                                 Living Quarters

Response to request dated 10/19/2011, received in this office on 10/20/2011

In your letter of complaint dated October 12, 2011, while housed at Camp D, you state that you were sprayed with a chemical agent for no reason. Institutional records reflect you were issued four Disciplinary Reports on September 11, 2011, for defiance, disobedience aggravated, and theft.  Institutional records reflect you appeared before the Disciplinary Board on September 16, 2011, all reports were combined and you were found guilty of all charges and sentenced accordingly. Institutional records reflect when you were placed in the Hawk 1 Right shower to be placed in Administrative Segregation, you began racking down the bars and causing a disturbance. You were given several direct verbal orders to stop the disturbance and you refused all orders. Records further reflect, Lieutenant Greg Templeton then exited the tier and retrieved a can of chemical agent and gave you several more direct orders to cease the disturbance. You still refused all orders given. Lieutenant Templeton then administered a one-second burst of a chemical agent into the shower and gave you another direct verbal order to come to bars to be restrained, and you complied with the orders. Institutional records reflect you were seen by medical personnel on September 11, 2011 with no injuries noted. No evidence is found to support your allegations. Your request for Administrative Remedy is denied.

Prepared by: _____
             Troy Poret/AWII/tdb

Approved by: _____
             Joe Lamartiniere/AWIII/tlb

_1 - 18 - 2012_____          _____
             Date                                Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

☒  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____
_____

_____
Date

Donald Pea 457171
Offender's Signature    DOC#