# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DONALD PEA (#457171)**

                       **CIVIL ACTION**

**VERSUS**

                       **NUMBER: 12-0779-JWD-RLB**

**N. BURL CAIN, WARDEN, ET AL**

## ORDER SETTING TRIAL AND RELATED DEADLINES

IT IS ORDERED that a trial (jury) is hereby assigned to begin on **Monday, March 16, 2016,** at **9:00 a.m.** before **United States District Judge John W. deGravelles** in **Courtroom 1**. The Court will conduct a status conference in the courtroom at **8:30 a.m.** on the morning of trial to discuss any pretrial matters. Accordingly, the following related deadlines are established:

1. Any *Motions in Limine* shall be filed twenty-one (21) days prior to trial and any Responses thereto seven (7) days after the filing of the motion;

2. *Proposed Jury instructions, voir dire, and verdict forms* shall be filed twenty-one (21) days prior to trial;

3. *Final Trial Exhibit and Witness lists* shall be filed 30 days prior to trial;

4. *Bench Book of Exhibits (2 copies)* shall be filed 2 weeks prior to the trial date;

5. A seven (7) person jury will be selected unless otherwise ordered.

**IT IS FURTHER ORDERED** that, within, fourteen (14) days of the date of this order, Defendants shall advise the Court, in writing, of the witnesses who Defendants shall designate as WILL-CALL witnesses and those who Defendants shall designate as MAY-CALL witnesses.

**IT IS FURTHER ORDERED** that all of Plaintiff's witnesses identified on the Pretrial Order previously filed shall be deemed WILL-CALL witnesses and subject to subpoena to appear and testify.

```
Jury
USM - certified
```

**IT IS FURTHER ORDERED** that, within forty-five (45) days prior to the trial of this matter, Defendants shall file, in writing, information regarding the institutional locations of the plaintiff and any inmate witnesses and, if any such persons are no longer in the custody of the State of Louisiana, shall file, UNDER SEAL, the last know addresses of such persons in order that any attempt may be made to subpoena them for trial.

**IT IS FURTHER ORDERED** that, within forty-five (45) days prior to the trial of this matter, Defendants shall file, in writing, information regarding the institutional locations of the witnesses listed by the plaintiff who are identifies as being current or former employees of the State of Louisiana, and who are not designated as WILL-CALL witnesses by DEFENDANTS; and in the event that any such persons are no longer employed by the State of Louisiana , shall file, UNDER SEAL, the last know addresses of such persons in order that any attempt may be made to subpoena them for trial.

**IT IS FURTHER ORDERED** that, upon the conclusion of proceedings in this case, documents filed under seal containing the last known address of any witnesses shall be destroyed by the Clerk of Court.

**IT IS FURTHER ORDERED** that this case is assigned for a video pretrial conference on **Thursday, February 11, 2016, at 10:30 a.m.** This pretrial conference will be conducted using video conferencing facilities at Louisiana State Penitentiary, Angola, Louisiana. The parties shall be prepared to discuss all pretrial matters in this case.

**IT IS FURTHER ORDERED** that the **Warden of Louisiana State Penitentiary** produce Plaintiff, **DONALD PEA (#457171)**, in the video conferencing facilities at Louisiana State Penitentiary, for the pretrial conference and the **Warden of Louisiana State Penitentiary** or his designee shall initiate the video conference call at 10:15 a.m.

**IT IS FURTHER ORDERED** that the **Warden of Louisiana State Penitentiary** shall notify the Department of Corrections Information Services of the date, time and location of this conference in order to make the proper connections.

**IT IS FURTHER ORDERED** that counsel for the Defendants shall report to the Court's video conferencing facility located in Room 274 on the second floor of the Russell B. Long Federal Building and Courthouse, 777 Florida Street, Baton Rouge, Louisiana 70801.

Signed in Baton Rouge, Louisiana, on October 28, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**