# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DONALD PEA**

**v.**

**N. BURL CAIN, ET AL.**

**CIVIL ACTION**

**NO. 12-779-JWD-RLB**

## JURY VERDICT FORM

INTERROGATORY NO. 1

Has the Plaintiff, Donald Pea, proven by a preponderance of the evidence that, on September 11, 2011, Defendant Greg Templeton used excessive force against Plaintiff in violation of the Eighth Amendment?

_____ Yes \_\_\_✓\_\_\_ No

(If you marked "Yes," proceed to Interrogatory No. 2. If you marked "No," then STOP, sign and date the Jury Verdict Form, and alert the Courtroom Security Officer ("CSO")).

INTERROGATORY NO. 2

Do you find that the Plaintiff Donald Pea suffered any compensatory damages from the violation of his Eighth Amendment rights?

_____ Yes _____ No

(If you marked "No," please proceed to Interrogatory No. 4. If you marked "Yes", proceed to Interrogatory No. 3).

INTERROGATORY NO. 3

What amount will compensate Plaintiff Donald Pea for the damages he suffered as a result of the violation of his Eighth Amendment rights?

AMOUNT $_____

(Please proceed to Interrogatory No. 5).

INTERROGATORY NO. 4

If the Plaintiff Donald Pea suffered no compensatory damages, do you award him nominal damages, and, if so, in what amount?

_____ Yes _____ No

AMOUNT $_____

(Please proceed to Interrogatory No. 5).

INTERROGATORY NO. 5

Do you find that Defendant Greg Templeton acted with malice or with reckless indifference to the rights of Plaintiff Donald Pea, thereby entitling Plaintiff to punitive damages?

_____ Yes _____ No

(If you marked "Yes," please proceed to Interrogatory No. 6. If you marked "No," please STOP, sign and date the form below, and alert the CSO).

INTERROGATORY NO. 6

If you answered "Yes" to Interrogatory No. 5, then what amount of punitive damages do you find appropriate?

AMOUNT $_____

(Please sign the verdict form and hand it in to the CSO).