# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD PEA (#457171)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 12-0779-JWD-RLB

## JUDGMENT

This matter came before the Court for a trial by jury on March 23, 2016. On March 23, 2016, the jury rendered its verdict finding that the Plaintiff, Donald Pea, did not prove by a preponderance of the evidence that, on September 11, 2011, Defendant Greg Templeton used excessive force against Plaintiff, Donald Pea, in violation of the Eighth Amendment.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby rendered in favor of the Defendant, Greg Templeton, against the Plaintiff, Donald Pea, dismissing this matter with prejudice.

Signed in Baton Rouge, Louisiana, on <u>March 24, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**