UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD PEA (# 457171)**   　　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 12-779-JWD-RLB**

**BURL CAIN, ET AL.**

RULING

This matter comes before the Court on the plaintiff's Motion for Transcript of Jury Trial and Leave of Court (R. Doc. 95), wherein the plaintiff seeks a copy of the trial transcript so that he may use it to file a reply to the defendant's opposition to his Motion for New Trial. On July 8, 2016, the Court issued a Ruling denying the plaintiff's Motion for New Trial. *See* R. Doc. 96. As such, the plaintiff's Motion for Transcript of Jury Trial and Leave of Court (R. Doc. 95) is moot. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for Transcript of Jury Trial and Leave of Court (R. Doc. 95) be and is hereby **DENIED AS MOOT.**

Signed in Baton Rouge, Louisiana, on July 21, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**